KEVIN MICHAEL KEALOHA
REG. NO. 94532-022
USP ATWATER
U.S. PENITENTIARY
P.O. BOX 019001
ATWATER, CA 95301

July 30, 2025

Clerk of Court
U. S. District Court
District of Nevada
Las Vegas Division
333 Las Vegas Boulevard South
Las Vegas, NV 89101

FILED ENTERED RECEIVED SERVED ON
COUNSEL/PARTIES OF RECORD
AUG 05 2025
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

RE: *Kealoha v. United States*
Crim No. 2:21-cr-00259-APG-VCF-1

To the Clerk of Court:

Enclosed please find and accept for filing Movant's Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A) and First Step Act of 2018. Please submit this document to the Court.

Thank you for your assistance in this matter.

Sincerely,

KEVIN MICHAEL KEALOHA
Appearing *Pro Se*

*Encl. as noted*

KEVIN KEALOHA 94532-022
UNITED STATES PENITENTIARY
P.O. BOX 019-001
ATWATER CA.
95301

9589 0710 5270 2831 9785 00

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 05 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

CLERK OF COURT
U.S. DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS DIVISION
333 LAS VEGAS BLVD. S.
LAS VEGAS NV 89101