**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:21-cr-00259-APG-VCF |
| Plaintiff | **Order for Briefing Schedule** |
| v. | |
| KEVIN MICHAEL KEALOHA, | |
| Defendant | |

The Ninth Circuit remanded this case for a decision on Kevin Michael Kealoha's motion for compassionate release.  The United States did not file a response to the motion.

I THEREFORE ORDER the United States to file its response to Kealoha's motion, if it has any, by June 22, 2026.  Kealoha may file a reply in support of his motion by July 6, 2026.

DATED this 5th day of June, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE