**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:21-cr-00259-APG-VCF |
| Plaintiff | **Second Order for Briefing Schedule** |
| v. | |
| KEVIN MICHAEL KEALOHA, | |
| Defendant | |

I previously ordered the United States to file its response to Kevin Michael Kealoha's motion for compassionate release by June 22, 2026. ECF No. 58.  The United States did not respond.  I will afford the United States one last chance to respond.

I THEREFORE ORDER the United States to file its response to Kealoha's motion, if it has any, by July 15, 2026.  Kealoha may file a reply in support of his motion by July 29, 2026.

DATED this 1st day of July, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE