**Andrew P. Gordon**
**United States District Court of Nevada**
**Federal Building & US Courthouse**
*400 South Virginia Street*
*Reno, NV 89501* **United States.**



David Giles
240 Checola Circle
Boise, Idaho 83713
July 15, 2026

# 2:21-cr-00259-APG-VCF

Your Honor:

Please if I could have just a few minutes of your time for a request. You may have noticed that I had sent letters previously to you about my circumstance. My Grandson Kevin Kealoha #94532-022 is now in a Federal prison at the United States Penitentiary 741-925 Access Rd., A-25 Herlong , California 96113. Because of the request for an early release, we had to make an appeal that has been given some review and is being requested that you look at the situation once again. My reason for the original request was so that he can help me and my dear wife who has developed Dementia. I am now an 87 year old Veteran and was radiated in the military and therefore have health issues, myself. I want to see if I can get the military to make Kevin our care giver, here, as they will pay him for that. I have talked this over with my Doctor at the Veterans Hospital and he felt it was a good idea. But if that does not work at least he can live here comfortably and help me with his 87 year old Grandma and myself. I have discussed this with him extensively and he is in agreement with my request. He has really turned his life around and is a good person. My home is paid for and we have sufficient funds and a bedroom for him to live with us without him having to work outside. When you check with his councilor at the prison, you will be able to understand his changes in personality. He just needs someone

to give him a second chance at life to prove that he can be a positive example for others. Please consider this request as we have no one who can help us at our age, even if it has to be home confinement; or an ankle bracelet, or a pardon. I know you are a very busy man and I really appreciate you taking the time to read this, but please let my Grandson do this for us and I will be responsible for him and his conduct. Please have someone reply to my letter, so I know what to expect.

Thank you for your consideration.

David Giles

David Giles
240 Checola Circle
Boise, Id 83713

BOISE ID RPDC 837

16 JUL 2026  PM 1 L



FOREVER  USA



\_\_Filed \_\_Received \_\_Entered \_\_Served On
Counsel/P... ... of Record

JUL 2 0 2026

C....... .... .... .... ..
District of Nevada
By:_____ Deputy

**Andrew P. Gordon**
<u>**United States District Court of Nevada**</u>
**Federal Building & US Courthouse**
*400 South Virginia Street*
*Reno, NV 89501* **United States.**

89501-213299

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
400 SOUTH VIRGINIA ST. ROOM 301
RENO, NEVADA 89501

OFFICIAL BUSINESS

RENO NV 894

21 JUL 2026 AM 1 L

quadient

FIRST CLASS MAIL

$000.78

US POSTAGE



Lloyd D. George Federal
Courthouse
333 Las Vegas Blvd. South
Las Vegas, NV 89101

JUL 2 1

CLERK US
DIST

8910137073 C075