✓ FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD
AUG 2 0 2026
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

KEVIN MICHAEL KEALOHA
REG. NO. 94532-022
FCI HERLONG
FEDERAL CORR. INSTITUTION
P.O. BOX 800
HERLONG, CA 96113

August 17, 2026

Office of the Clerk
U. S. District Court
for the District of Nevada
Las Vegas Division
333 Las Vegas Blvd South
Las Vegas, NV 89101

RE: *Kealoha v. United States*
USCA No. 25-7474
Crim No. 2:21-cr-00259-APG-VCF-1

To the Clerk of the Court:

Enclosed please find and accept for timely filing Defendant's Notice of Appeal of the August 6, 2026 Order Denying Motion for Compassionate Release. Please submit this notice to the Court. An Application to Proceed *In Forma Pauperis* for Inmate will be forthcoming.

Thank you for your assistance in this matter.

Sincerely,

KEVIN MICHAEL KEALOHA
Appearing *Pro Se*

*Encl. as noted*

KEVEN MICHAEL KEALOHA
REG. NO. 94532-022
FCI HERLONG
FEDERAL CORR. INSTITUTION
P.O. BOX 800
HERLONG, CA 96113
[redacted]

HOUSTON TX
17 AUG 2026




FILED
ENTERED
SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 20 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

Office of the Clerk
U. S. Distirct Court
for the District of Nevada
Las Vegas Division
333Las Vegas Blvd South
Las Vegas, NV 89101

XRAYED US MARSHALS SERVICE

89101-706934